UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OSCAR AGUIAR, | ) | NO. CV 18-09741-CAS (AGR) |
| Petitioner, | ) | |
| v. | ) | ORDER RE DISMISSAL |
| | ) | |
| RAYMOND MADDEN, Warden,[1] | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner was found guilty by a jury and sentenced in Madera County Superior Court on October 31, 2014. *People v. Aguiar*, 2017 Cal. App. Unpub. LEXIS 2646, *1 (Apr. 19, 2017). Madera County is in the Eastern District of California. 28 U.S.C. § 84(b).

On July 18, 2018, Petitioner constructively filed a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, with this Court in the Central District of California. (*Aguiar v. Madden*, CV 18-6418 CAS (AGR), ("*Aguiar I*"), Dkt. No. 1.) Petitioner challenged the October 2014 conviction and/or sentence.

---

[1] The Petition does not list any respondent. Pursuant to Fed. R. Civ. P. 25(d), the court inserts Raymond Madden–the Warden at Centinela State Prison, where Petitioner is currently incarcerated–as Respondent. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004) (proper respondent is "person who has the immediate custody of the party detained").

(*Id.* at 2.)[2]

On July 27, 2018, this Court issued an order transferring the case, pursuant to 28 U.S.C. § 2241(d) and 28 U.S.C. § 1631, to the United States District Court for the Eastern District of California. (*Aguiar I*, Dkt. No. 3.) This Court held that venue was improper as to the Central District of California since Petitioner was not convicted in a state court within the Central District and was not housed in a prison here. (*Id.* at 2) This Court reasoned that transferring the action to the Eastern District of California, rather than outright dismissing the action, would be in the interests of justice. (*Id.*)

On August 8, 2018, the Eastern District of California received the transfer and commenced habeas proceedings. (*Aguiar v. Madden*, CV 18-1056 LJO (SKO) ("*Aguiar II*"), Dkt. No. 4.) As of the date of this Order, the status of that case is pending. (*Id.* at 17.)

On October 18, 2018, Petitioner filed a habeas petition, pursuant to 28 U.S.C. § 2254, with this Court in the Central District of California. (*Aguiar v. Madden*, CV 18-9741 CAS (AGR) ("*Aguiar III*"), Dkt. No. 1.) The Petition challenges the October 31, 2014 conviction or sentence. (*Id.* at 1-2.) However, Petitioner did not list any ground for relief in the instant Petition. (*Id.* at 5-6.)

Petitioner has again filed the Petition in the wrong district. The Central District is not the district of conviction or the district of Petitioner's confinement. 28 U.S.C. § 2241(d). Petitioner is in custody at Centinela State Prison located in Imperial, California, which is in the Southern District of California.[3] Petitioner is challenging a conviction or sentence that occurred in Madera County in the

---

[2] Page citations are to the page numbers generated by the CM/ECF system in the header of the document.

[3] Information accessible on California Department of Corrections and Rehabilitation's Inmate Locator Website at:
https://inmatelocator.cdcr.ca.gov/Details.aspx?ID=AV1177.

2

Eastern District of California.

Accordingly, pursuant to 28 U.S.C. § 2241(d), the Court DISMISSES the petition without prejudice for lack of jurisdiction. A transfer is unnecessary because Petitioner already has a habeas petition pending in the Eastern District of California and the current Petition filed in this Court contains no grounds for relief.

DATED: December 17, 2018

_____
CHRISTINA A. SNYDER
United States District Judge